# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

MELODY A. RUSSELL,

    Plaintiff,

v.

CREDIT ONE BANK,

    Defendant.

Case No. 2:14-cv-1784-JAD-PAL

**Order of Dismissal**

Good cause appearing, and as no party has answered, plaintiff's Motion to Dismiss [#4] is GRANTED.  This case is DISMISSED without prejudice.  The Clerk of Court is instructed to close this case.

Dated: December 3, 2014.

_____
UNITED STATES DISTRICT JUDGE